1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12    NATHANIEL BASOLA SOBAYO, et al.,    )      Case No.: C 09-0615 PVT
                                          )
13                  Plaintiffs,           )      **ORDER** SETTING DEADLINE FOR
                                          )      PLAINTIFFS TO EACH FILE EITHER A
14          v.                            )      "CONSENT TO PROCEED BEFORE A
                                          )      UNITED STATES MAGISTRATE JUDGE," OR
15    CHASE HOME FINANCE, et al.,         )      ELSE A "DECLINATION TO PROCEED
                                          )      BEFORE A UNITED STATES MAGISTRATE
16                  Defendants.           )      JUDGE AND REQUEST FOR
      _____)      REASSIGNMENT"
17

18          On February 26, 2009, Defendant Chase Home Finance ("Defendant") filed a motion to

19    dismiss.[1]  Pursuant to Civil Local Rule 73-1(a)(2), no later than five court days after that motion was

20    filed each party who has appeared was required to file either a written consent to the jurisdiction of

21    the Magistrate Judge, or request reassignment to a District Judge.  Defendant already filed a consent

22    form.  Plaintiffs have not yet filed either a written consent to the jurisdiction of the Magistrate Judge,

23    or request reassignment to a District Judge.[2]  Therefore, based on the file herein,

24          IT IS HEREBY ORDERED that no later than April 7, 2009, Plaintiffs shall each file either a

25    _____

26          [1]      The holding of this court is limited to the facts and the particular circumstances
      underlying the present motion.
27

28          [2]      Magistrate Judges have authority to hear dispositive motions, such as Defendant's motion
      to dismiss, only in cases where all parties who have appeared have consented to Magistrate Judge
      jurisdiction.  *See* 28 U.S.C. § 636(c)(1).

1   "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed

2   Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available

3   from the clerk of the court, or from the Forms (Civil) section of the court's website at

4   www.cand.uscourts.gov.

5   Dated: *3/19/09*

6

7                                              PATRICIA V. TRUMBULL
                                               United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3   ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

4

5   copies mailed on ___*3/19/09*___ to:

6   Nathaniel Basola Sobayo
    Kingsway Technologies, LLC
7   2111 University Ave., Suite #C
    East Palo Alto, CA 94303
8
    Emmanuel Osindele
9   Kingsway Technologies, LLC
    2111 University Ave., Suite #C
10  East Palo Alto, CA 94303

11  Alice Osindele
    Kingsway Technologies, LLC
12  2111 University Ave., Suite #C
    East Palo Alto, CA 94303

13

14                              ___*/s/ Donna Kirchner*_____*for*___
                                CORINNE LEW
15                              Courtroom Deputy

16

17

18

19

20

21

22

23

24

25

26

27

28