IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nathaniel Sobayo, et al., | NO. C 09-00615 JW |
| Plaintiffs, v. | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| Chase Home Finance, LLC, et al., | |
| Defendants. | |

On May 13, 2009, the Court issued an Order dismissing Plaintiffs' complaint. The Court granted Plaintiffs leave to amend, and ordered Plaintiffs to file an amended complaint on or before May 29, 2009. To date, Plaintiffs have not filed an amended pleading.

The Court hereby orders Plaintiffs Nathaniel Sobayo, Emmanuel Osindele and Alice Osindele to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 29, 2009 at 9 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days prior to appearance date, why said cause should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The certificate shall set forth in factual summary the reason no amended pleading has been filed and what steps Plaintiffs are taking to pursue the action, its present status and the expected future course of the cause.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 12, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jason M. Julian jmj@severson.com
Regina Jill McClendon rjm@severson.com
Ronald M. Arlas ron.arlas@greenpoint.com


Emmanuel & Alice Osindele
Nathaniel Basola Sobayo
Kingsway Technologies, LLC @ iTech Centers
The Technologies Services Center
2111 University Avenue, Suite #C
East Palo Alto, CA 94303


**Dated:  June 12, 2009**                                              **Richard W. Wieking, Clerk**


                                                                       **By:      /s/ JW Chambers**
                                                                               **Elizabeth Garcia**
                                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California