IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nathaniel Sobayo, et al., | NO. C 09-00615 JW |
|     Plaintiffs, | **ORDER VACATING HEARING ON ORDER TO SHOW CAUSE; VACATING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE RESPONSIVE PLEADINGS OR DISPOSITIVE MOTIONS** |
|   v. | |
| Chase Home Finance LLC, et al., | |
|     Defendants. | |

Plaintiffs are proceeding in this action *pro se*. On May 13, 2009, the Court issued an Order dismissing Plaintiffs' complaint and setting a deadline of May 29, 2009 for Plaintiffs to file an amended complaint. (See Docket Item No. 29.) On June 9, 2009, Defendant Chase Home Finance LLC filed a Motion to Dismiss based on Plaintiffs' failure to file an amended complaint. (See Docket Item No. 30.) On June 12, 2009, the Court issued an Order to Show Cause Re: Dismissal, ordering Plaintiffs to appear on June 29, 2009 to show cause why this action should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (See Docket Item No. 31.) The Court also ordered Plaintiffs to file a certificate setting forth the reason that no amended complaint had been filed. (Id.)

On June 18, 2009, Plaintiffs timely filed a response to the Court's June 12, 2009 Order to Show Cause, explaining that Plaintiffs are seeking counsel to represent them in this action. (See Docket Item No. 35.) Plaintiffs also filed an Amended Complaint. (See Docket Item No. 33.)

In light of Plaintiffs' representation, and their *pro se* status, the Court ORDERS as follows:

(1) The June 29, 2009 Order tho Show Cause hearing and Case Management Conference are VACATED;

(2) Plaintiffs' June 18, 2009 Amended Complaint shall serve as the operative Complaint in this action;

(3) Defendants' Motion to Dismiss is DENIED as moot and the hearing on the Motion set for September 21, 2009 is VACATED;

(4) Defendants shall file a responsive pleadings or appropriate dispositive motions. A hearing on any dispositive motions will be held on **October 5, 2009 at 9 a.m.** All briefing on such motion shall be in accordance with the Civil Local Rules of the Court;

Dated:  June 24, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jason M. Julian jmj@severson.com
Regina Jill McClendon rjm@severson.com
Ronald M. Arlas ron.arlas@greenpoint.com


Emmanuel & Alice Osindele
Nathaniel Basola Sobayo
Kingsway Technologies, LLC @ iTech Centers
The Technologies Services Center
2111 University Avenue, Suite #C
East Palo Alto, CA 94303


**Dated:  June 24, 2009**                                              **Richard W. Wieking, Clerk**


                                                                       **By:     /s/ JW Chambers               **
                                                                              **Elizabeth Garcia**
                                                                              **Courtroom Deputy**